IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40989
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

DONALD GRANT,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-CR-47-2
- - - - - - - - - -
June 18, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Donald Grant appeals from his guilty-plea conviction and
sentence for using or carrying a firearm during and in relation
to a drug-trafficking offense, in violation of 18 U.S.C.
§ 924(c)(1).

    Grant argues that the factual basis was insufficient to
support his guilty-plea.  He argues that the Government failed to
prove that he used or carried the firearm "during and in relation

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

to the offense." Our review of the record, arguments, and authorities convinces us that there was no error, plain or otherwise. <u>See</u> <u>United States v. Ulloa</u>, 94 F.3d 949, 955 (5th Cir. 1996).

AFFIRMED.